**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1714**

CEDRICK EURON DRAPER,

Plaintiff - Appellant,

v.

UNITED STATES POSTAL SERVICE,

Defendant - Appellee.

**No. 18-1715**

CEDRICK EURON DRAPER,

Plaintiff - Appellant,

v.

UNITED STATES POSTAL SERVICE,

Defendant - Appellee.

Appeals from the United States District Court for the Western District of Virginia, at Charlottesville. Glen E. Conrad, District Judge. (3:18-cv-00009-GEC; 3:18-cv-00010-GEC)

Submitted: October 9, 2018                    Decided: October 24, 2018

Before AGEE and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cedrick Euron Draper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedrick Euron Draper appeals the district court's orders dismissing these actions without prejudice for failure to serve process on the Defendant. *See* Fed. R. Civ. P. 4(m). We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Draper v. U.S. Postal Serv.*, Nos. 3:18-cv-00009-GEC; 3:18-cv-00010-GEC (W.D. Va. May 31, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*